THE STATE OF OHIO, APPELLEE, *v.* JACKSON; HILEMAN, APPELLANT.

 2016-Ohio-8363.]

(No. 2016-0118—Submitted December 20, 2016—Decided December 27, 2016.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Shalash,* 148 Ohio St.3d 611, 2016-Ohio-8358, 71 N.E.3d 1089.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

———————

Keith A. Yeazel, for appellant.